UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CASE NO.: 26-41712-jmm |
| | CHAPTER: 7 |
| 285 E. 16th Str Inc, | |
| | HON. JUDGE: Jil Mazer-Marino |
| Debtor. | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND IN REM RELIEF**

Upon the motion [ECF No. 9] (the "Motion") of RF Mortgage Services Corporation as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II ("Movant"), for relief from the automatic stay and in rem relief with respect to 285 East 16th Street, Brooklyn, NY 11226 (the "Collateral") and a hearing on the Motion having been held on July 14, 2026, at which counsel to Movant and the Debtor's principal S.M. Brown appeared; and good and sufficient notice of the Motion and the hearing having been given; and objections, if any, having been overruled, withdrawn or resolved, and good cause appearing therefor, it is

**ORDERED,** that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is modified pursuant to 11 U.S.C. §§ 362(d)(1)-(2) and (d)(4) to permit Movant, its agents, assigns, or successors in interest, to exercise their rights and remedies available under applicable law as to the Collateral; and it is further

**ORDERED**, within thirty (30) days of any sale or disposition of the Collateral, the Movant shall serve a copy of the report of sale or disposition of the Collateral on the above-captioned debtor and the case trustee; and it is further

**ORDERED,** pursuant to 11 U.S.C. § 362(d)(4), if recorded in compliance with applicable State laws governing notices of interests or liens in real property, this Order shall be binding in any other bankruptcy case purporting to affect the Collateral that is commenced not later than two (2) years after the date of entry of this Order; except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing; and it is further

**ORDERED,** that for the reasons stated on the record, the Movant may not schedule or notice any foreclosure sale of the Collateral until on or after September 4, 2026, notwithstanding any dismissal of the instant bankruptcy case; and it is further

**ORDERED,** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED,** that for the reasons stated on the record, all other relief sought in the Motion is denied.

**Dated: July 17, 2026**
**Brooklyn, New York**

United States Bankruptcy Court
Eastern District of New York

Jil Mazer-Marino
Chief United States Bankruptcy Judge